MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

**FILED**

MAY 23 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:08-MJ-182 GGH |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME AND CONTINUE PRELIMINARY EXAMINATION |
| DONALD TAYLOR | ) | |
| Defendant. | ) | |

The parties request that the deadline for preliminary examination or indictment be continued from May 30, 2008 to June 20, 2008 at 2:00 P.M.. They stipulate that the time between May 30, 2008 and June 20, 2008 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). Specifically, the parties require additional time to evaluate the evidence in contemplation of a pre-indictment disposition. The parties stipulate and agree that the

1  interests of justice served by granting this continuance outweigh
2  the best interests of the public and the defendant in a speedy
3  trial.  18 U.S.C. § 3161(h)(8)(A).  The Defendant understands
4  that but for this waiver, he would have a right to have an
5  indictment filed within thirty days of his arrest.  18 U.S.C. §
6  3161(b).

7  Further, the Defendant consents to an extension of the time
8  for preliminary examination until June 20, 2006.  Fed. R. Crim.
9  P. 5.1(d).  The parties stipulate that the grounds set forth
10 above for the continuance constitute a good cause that outweighs
11 the public's interest in the prompt disposition of criminal
12 cases, in accordance with Fed. R. Crim. P. 5(d)

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

DATE: May 22, 2008        By:  /s/ Matt S/
                               MATTHEW D. SEGAL
                               Assistant U.S. Attorney

DATE: May 22, 2008             Benjamin Galloway
                               Attorney for Defendant

SO ORDERED.

GREGORY G. HOLLOWS
_____
HON. HON. GREGORY G. HOLLOWS
U.S. District Judge