```
                                          FILED
                                       June 20, 2008
                                    CLERK, US DISTRICT COURT
                                    EASTERN DISTRICT OF
                                         CALIFORNIA
                                         DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:08-cr-263 FCD |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| Donald Taylor, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __Donald Taylor__ Case __2:08-cr-263 FCD__ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_  Release on Personal Recognizance

    \_  Bail Posted in the Sum of _____

    X  Unsecured bond in the amount of $100,000, cos-signed by Tameka Tisby

    \_  Appearance Bond with 10% Deposit

    \_  Appearance Bond secured by Real Property

    \_  Corporate Surety Bail Bond

    X  (Other) __PTS conditions/supervision; home confinement; 3rd party custody to Tameka Tisby__

Issued at __Sacramento, CA__ on __6/20/08__ at __2:25 p.m.__

By _____
Kimberly J. Mueller,
United States Magistrate Judge