| | |
|---|---|
| 1 | **MICHAEL B. BIGELOW** |
| | Attorney at Law  - SBN 65211 |
| 2 | 428 J Street, Suite 350 |
| | Sacramento, California 95814 |
| 3 | Telephone: (916) 443-0217 |

Attorney for Defendant
Jolene Papineau

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. CR.S-08-0263 FCD |
| | ) | |
| Plaintiff | ) | STIPULATION AND ORDER |
| | ) | CONTINUING STATUS |
| v. | ) | |
| | ) | Date:  June 1, 2009 |
| DONALD TAYLOR, | ) | Time:  10:00 AM |
| ERIC MAYO, and | ) | Court: Frank C. Damrell, Jr. |
| JOLENE PAPINEAU, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED AND AGREED by the parties through their respective attorneys that the above referenced matter, presently calendared for Monday May 18, 2009, at 10:00 AM, for status conference be rescheduled for June 1, 2009 at 10:00 AM for status conference.

The defendants requests that this case be continued in order that the parties may finalize the details of the proposed resolution.

-1-

It is further stipulated that the period from May 18, 2009, through and including June 1, 2009 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T-4, for continuity and preparation of counsel.

Respectfully submitted,

DATED: May 14, 2009       /S/ MICHAEL B. BIGELOW
                          Michael B. Bigelow
                          Attorney for Defendant
                          Jolene Papineau

DATED: May 14, 2009       /S/ JAY GREINER
                          Jay Greiner
                          Attorney for Defendant
                          Eric Mayo

DATED: May 14, 2009       /S/ TIM ZINDELL
                          Tim Zindell
                          Attorney for Defendant
                          Donald Taylor

DATED: May 14, 2009       /S/ MATHEW SEGAL
                          Mathew Segal
                          Attorney for Plaintiff

**IT IS SO ORDERED.**

DATED: May 14, 2009

                          FRANK C. DAMRELL, JR.
                          UNITED STATES DISTRICT JUDGE