```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    DONALD TAYLOR
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:08-CR-263 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| DONALD TAYLOR, | ) | |
| | ) | |
| Defendant. | ) | Date:  July 27, 2009 |
| | ) | Time:  10:00 a.m. |
| _____ | ) | Judge: Frank C. Damrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED between the parties, through undersigned counsel, that the status conference scheduled for July 27, 2009, may be continued to August 24, 2009 at 10:00 a.m.

Defense investigation and preparation is ongoing. To afford time to complete remaining tasks relating to the negotiations and to afford continuity of defense counsel, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial

1  Act may be excluded from the date of this order through August 24, 2009,
2  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

3                                    Respectfully Submitted,

4                                    DANIEL J. BRODERICK
                                     Federal Defender
5

6  Dated:   July 20, 2009             /s/ T. Zindel
                                     TIMOTHY ZINDEL
7                                    Assistant Federal Defender
                                     Attorney for DONALD TAYLOR
8

9                                    LAWRENCE G. BROWN
                                     Acting United States Attorney
10

11 Dated:   July 20, 2009             /s/ T. Zindel for
                                     MATTHEW D. SEGAL
12                                   Assistant U.S. Attorney

13

14
                                  **O R D E R**
15

16      The status conference is continued to August 24, 2009 at 10:00 a.m.
17 The court further finds that the ends of justice served by granting a
18 continuance outweigh the best interests of the public and the defendant
19 in a speedy trial.  Time is therefore excluded from the date of this
20 order through August 24, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and
21 (B)(iv).

22      IT IS SO ORDERED.
23 Dated:   July 20, 2009

24                                   _____
                                     FRANK C. DAMRELL, JR.
25                                   UNITED STATES DISTRICT JUDGE

26

27

28

Stip & Order                          -2-