1 DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
3 801 I Street, 3rd Floor
Sacramento, California 95814
4 Telephone: (916) 498-5700

5 Attorney for Defendant
DONALD TAYLOR

9 IN THE UNITED STATES DISTRICT COURT

10 FOR THE EASTERN DISTRICT OF CALIFORNIA

13 UNITED STATES OF AMERICA,    ) No. 2:08-CR-263 FCD
                               )
14             Plaintiff,      )
                               ) **STIPULATION AND ORDER**
15      v.                     ) **CONTINUING STATUS CONFERENCE**
                               ) **AND EXCLUDING TIME**
16 DONALD TAYLOR,              )
                               )
17             Defendant.      ) Date:  July 27, 2009
                               ) Time:  10:00 a.m.
18 _____) Judge: Frank C. Damrell, Jr.

20      IT IS HEREBY STIPULATED AND AGREED between the parties, through
21 undersigned counsel, that the status conference scheduled for August 24,
22 2009, may be continued to August 31, 2009 at 10:00 a.m.

23      The parties have tentatively reached an agreement to resolve the
24 above case as to defendant Taylor via a guilty plea to a related
25 indictment also pending in this Court.  Time is needed to complete and
26 review the plea agreement and to arraign Mr. Taylor on the related
27 indictment, filed July 30, 2009.  To afford time to complete these tasks
28 relating, the parties agree that the ends of justice to be served by a

1 continuance outweigh the best interests of the public and the defendant
2 in a speedy trial and that time under the Speedy Trial Act may be
3 excluded from the date of this order through August 31, 2009, pursuant to
4 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:   August 24, 2009        /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for DONALD TAYLOR


                                LAWRENCE G. BROWN
                                United States Attorney

Dated:   August 24, 2009        /s/ T. Zindel for
                                MATTHEW D. SEGAL
                                Assistant U.S. Attorney


**O R D E R**

The status conference is continued to August 31, 2009 at 10:00 a.m. The court further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through August 31, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

    IT IS SO ORDERED.

Dated:  August 19, 2009         _____
                                FRANK C. DAMRELL, JR.
                                UNITED STATES DISTRICT JUDGE